IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA



| | | |
|---|---|---|
| RICK ALLAN HAUNSCHILD, | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIV-11-174-RAW |
| | ) | |
| RANDY WORKMAN, Warden, | ) | |
| Respondent. | ) | |

## OPINION AND ORDER

Now before the court is Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It has come to the court's attention that Petitioner was convicted in **POTTAWATOMIE** County, Oklahoma, which is located within the territorial jurisdiction of the **NORTHERN** District of Oklahoma. Therefore, in the furtherance of justice, this matter may be more properly addressed in that district.

Accordingly, pursuant to 28 U.S.C. § 2241(d), Petitioner's application for a writ of habeas corpus is hereby **transferred** to the **NORTHERN** District of Oklahoma for all further proceedings.

IT IS SO ORDERED this _19th_ day of _May_ 2011.

RONALD A WHITE
UNITED STATES DISTRICT JUDGE